IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| WADE CLARK ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 10-03341-CR-S-NKL |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

**JUDGMENT IN A CIVIL CASE**

☐ Jury Verdict. This action came before the Court for a trial by jury.

☒ Decision by Court. The issues have been considered and a decision has been rendered by the court.

  IT IS ORDERED Defendant's Motion to Reverse and Remand is GRANTED. The Court reverses the decision of the ALJ and remands this case to the Commissioner under sentence four of 42 U.S. § 405(g).

AT THE DIRECTION OF THE COURT

Dated 1/19/2011    ANN THOMPSON
         Court Executive

         /s/Joella Baldwin
         By: Deputy Clerk